# United States Court of Appeals
## For the First Circuit

No. 24-1776

JIMMY VILLALOBOS SANTANA; JIMMY COLÓN RODRÍGUEZ,

Plaintiffs, Appellants,

v.

PUERTO RICO POLICE DEPARTMENT,

Defendant, Appellee.

**JUDGMENT**

Entered: April 2, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The District Court's judgment is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  John E. Mudd, John A. Stewart-Sotomayor, Luis R. Roman-Negron, Joel Torres-Ortiz, Omar J. Andino Figueroa, Lourdes Lynnette Gomez Torres